(1)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SHAUN EAGAN
PLAINTIFF

-VS-

DEMPSEY, A DOCTOR AT PONTIAC.C.C
MOOREHOUSE, A MED TECH AT PONTIAC.C.C
BERRY, A OFFICER AT PONTIAC.C.C
SULLIVAN, A OFFICER AT PONTIAC.C.C
LAW, A OFFICER AT PONTIAC.C.C
PFISTER, THE WARDEN AT PONTIAC.C.C
DEFENDANTS

42 U.S.C 1983 (SUIT AGAINST STATE OFFICIALS FOR CONSTITUTIONAL VIOLATIONS)

NOW COMES THE PLAINTIFF, SHAUN EAGAN, AND STATES AS FOLLOWS:

LITIGATION HISTORY

(A) HAVE YOU BROUGHT ANY OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS CASE? (NO)

(2)

B) HAVE YOU BROUGHT ANY OTHER LAWSUITS IN STATE OR FEDERAL COURT WHILE INCARCERATED? (NO)

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A) IS THERE A GRIEVANCE PROCEDURE AVAILABLE AT YOUR INSTITUTION? (YES)

B) HAVE YOU FILED A GRIEVANCE CONCERNING THE FACTS RELATING TO THIS COMPLAINT? (YES)

C) IS YOUR GRIEVANCE PROCESS COMPLETED? (YES)

③

# STATEMENT OF CLAIM

① ON NOV-30-2014 ON THE 3 TO 11 SHIFT AT PONTIAC C.C. PLAINTIFF HAD AN EPISODE WHERE HE WAS HEARING VOICES FROM "DEAD DEMONS".

② PLAINTIFF HAS BEEN PLAGUED WITH THE NEGATIVELY ADVERSE COMPONENTS OF THE MENTAL ILLNESS SCHIZOPHRENIA AND IT IS WELL DOCUMENTED IN HIS MEDICAL FILES.

③ PLAINTIFF STARTED BANGING HIS HEAD AGAINST THE WINDOW OF THE CRISIS CELL HE WAS ASSIGNED TO WHILE ON SUICIDE WATCH STATUS.

④ PLAINTIFF EAGAN ENGAGED IN SUCH ABNORMAL BEHAVIOR AND BIZARRE CONDUCT AS AN ATTEMPT TO SUPPRESS AND BLACK-OUT.

⑤ AT TIMES THE OVERWHELMINGLY ANNOYING VOICES THAT ANTAGONIZE,

④

PROVOKE AND PSYCHOLOGICALLY TORTURES HIM EVERYDAY.

⑥ AS A CONSEQUENTIAL RESULT OF SUCH BANGING OF THE HEAD ON THE CELL WINDOW, MR. EAGAN'S HEAD SUFFERED AN INJURY IN WHICH HE BEGAN TO BLEED FROM.

⑦ OFFICER BERRY GOT THIS PLAINTIFF MR. EAGAN TO CUFF-UP SECURING HIM IN HANDCUFFS THEN ESCORTED HIM OUT OF HIS CELL WHERE OFFICERS SULLIVAN AND LAW HAD TO FURTHER PHYSICALLY RESTRAIN HIM AND PLACED HIM IN THE HOLDING TANK OF THE NORTH CELL HOUSE.

⑧ OFFICER'S SULLIVAN AND LAW HELD MR. EAGAN'S NECK AND HEAD UNTIL A MEDICAL TECHNICIAN CAME AND GAVE HIM MEDICAL ATTENTION.

⑨ MED TECH AIMEE MOOREHOUSE ARRIVED ON LOCATION AND TREATED

⑤

THE CUT ON THE PLAINTIFF'S HEAD.

⑩ MED TECH MOOREHOUSE MADE A PHONE CALL AND MR. EAGAN WAS PLACED BACK INTO HIS CELL FROM WHENCE HE CAME CELL # 1A8.

⑪ PLAINTIFF STARTED BANGING HIS HEAD AGAIN BECAUSE HE WAS STILL BEING PLAGUED WITH THE VOICES AS STATED ABOVE AND CONTINUED TO BANG HIS HEAD FOR SOME TIME UNTIL LIEUTENANT ZOOK AND C/O SULLIVAN CAME AND CUFFED HIM UP.

⑫ IN ADDITION C/O BERRY, C/O SULLIVAN, C/O LAW AND MED TECH AIMEE MOOREHOUSE FAIL TO PROTECT PLAINTIFF BY PLACING HIM BACK IN HIS CELL WHILE BEING KNOWLEDGEABLE OF HIS MENTAL STATE OF MIND AND KNOWING HE WAS CAPABLE OF HURTING HIMSELF FUTHER MORE. IF A INMATE IS DANGEROUS TO HIMSELF OR OTHERS THE TREATMENT IS IN THE INMATE'S MEDICAL INTEREST.

⑥

THIS IS CLEARLY FAILURE TO PROTECT WHICH VIOLATES THE EIGHTH AMENDMENT.

⑬ LIEUTENANT ZOOK AND OFFICER SULLIVAN CAME TO PLACE PLAINTIFF BACK IN THE NORTH CELL HOUSE HOLDING TANK.

⑭ MED TECH MOOREHOUSE RE-TREATED HIS AGAIN BLEEDING ON HIS HEAD.

⑮ DOCTOR GARLICK WAS NOTIFIED AND MED TECH MOOREHOUSE STATED "DR. DEMPSEY ORDERED FOR INMATE EAGAN TO GET A SHOT OF BENADRYL AND HALDOL."

⑯ TWO OFFICERS RESTRAINED MR. EAGAN AND A NURSE ADMINISTERED AN INJECTION OF THE AFOREMENTIONED PSYCHOTROPIC MEDICATION ONCE IN EACH ARM.

⑰ FOLLOWING THIS, MR. EAGAN WAS

⑦

PLACED BACK IN THE SAME CELL.

⑱ ON 12-1-14 MR. EAGAN WOKE UP WITH AN EXCRIATING HEADACHE AND A STIFFNESS IN HIS NECK WHERE HIS BODY LOCKED-UP AND STAFF REFUSED TO GET HIM MEDICAL ATTENTION.

⑲ MR. EAGAN ASKED STAFF FOR HELP ON ALL THREE SHIFTS ONLY TO BE MOCKED AND BELITTLED.

⑳ C/O SULLIVAN TOLD THE PLAINTIFF "YOU'RE FAKING".

㉑ IN ADDITION, C/O SULLIVAN WAS DELIBERATE INDIFFERENCE TO MR. EAGAN MEDICAL NEEDS. A PRISON OFFICIAL CAN BE FOUND RECKLESS OR DELIBERATELY INDIFFERENT IF "THE OFFICIAL KNOWS OF AND DISREGARDS AN EXCESSIVE RISK TO INMATE HEALTH OR SAFETY.

㉒ ON DEC-2-2014 ON THE 7 TO 3

8

SHIFT MR. EAGAN JAW LOCKED-UP WITH HIS JAW WIDE OPEN WHERE HE COULDN'T EAT.

23) STAFF AND FARM WORKERS INFORMED MAJOR PRENTICE AND SHE CAME TO HIS CELL AND TOLD HIM THAT SHE WILL CALL HEALTH CARE.

24) APPROXIMATELY TWO (2) HOURS LATER MAJOR PRENTICE AND MED TECH TINSLEY SHOWED UP AT MR. EAGAN'S CELL.

25) MED TECH TINSLEY OBSERVED AND LOOKED OVER MR. EAGAN AND SAID SHE WOULD TELL DOCTOR DEMPSEY.

26) THREE HOURS LATER DR. DEMPSEY ARRIVED AT MR. EAGAN CELL AND STATED "YOU SHOULD NOT HAVE BANGED YOUR HEAD SO YOU WILL NOT GET ANY TREATMENT FOR THE SIDE EFFECTS" AND WALKED AWAY.

27) IN ADDITION, DR. DEMPSEY WAS

9

BEING DELIBERATE INDIFFERENCE TO MR. EAGAN SERIOUS MEDICAL NEED WHICH CAUSED HIM TO SUFFER AND ALSO SUBJECTED HIM TO CRUEL AND UNUSUAL PUNISHMENT. IF PRISON OFFICIALS KNOWS THAT A PRISONERS HEALTH CONDITIONS ARE "OBJECTIVELY CRUEL" AND FAIL TO ACT TO REMEDY THEM, THEY ARE DELIBERATELY INDIFFERENT.

28) WHEN SHIFT CHANGED AND THE 3 TO 11 SHIFT CAME IN AND SAW THAT MR. EAGAN'S JAW WAS STILL LOCKED-UP AND LITERALLY WIDE OPEN C/O LEIPOLD ASKED THE PLAINTIFF "WHAT'S THE PROBLEM". MR. EAGAN COULDN'T TALK AND C/O LEIPOLD WALKED AWAY.

29) AT SOME POINT MR. EAGAN'S VOICES AGGRAVATED AND THESE VOICES TOLD THIS PLAINTIFF (MR. EAGAN) TO "KILL HISSELF".

10

30) MR. EAGAN STARTED BANGING HIS HEAD IN WHICH BLOOD WAS BLEEDING FROM HIS HEAD DUE TO SUCH.

31) AFTER SEEING THIS C/O LEIPOLD TOLD MR. EAGAN MANY TIMES TO CUFF UP. HE DID SO AND WAS PLACED IN THE HOLDING TANK.

32) A MED TECH CAME AND ASKED WHAT HAPPENED? C/O LEIPOLD TOLD THE MED TECH WHAT HAPPENED AND MEDICAL ATTENTION WAS GIVEN BY CLEANING THE DEEP CUT ON HIS HEAD.

33) A PHONE CALL WAS MADE ABOUT MR. EAGAN'S OPEN MOUTH LOCKED JAW AND IT WAS RELAYED TO HIM THAT DR. DEMPSEY SAID PUT EAGAN BACK IN HIS CELL. DR. DEMPSEY STILL REFUSED TO GIVE THIS TREATMENT TO SUPPRESS THE SIDE EFFECT OF MR. EAGAN'S LOCKED JAW.

(11)

AS A RESULT, MR. EAGAN COULDN'T EAT, DRINK, NOR TALK. AFTER BEING PLACED BACK IN HIS CELL MR. EAGAN (DUE TO SO MUCH PAIN) BEGAN TO CRY.

(34) HE WAS VULNERABLE WITH EXCRUCIATING PAIN IN HIS JAW AND TIGHTNESS AND STIFFNESS IN HIS FACE AND NECK AS WELL AS THE SEVERE HEADACHE.

(35) MR. EAGAN WAS BEING TORTURED FOR NOT COMPLYING WITH THE WISHES OF DR. DEMPSEY.

(36) IN ADDITION, DR. DEMPSEY WAS DELIBERATE INDIFFERENCE TO MR. EAGAN SERIOUS MEDICAL NEEDS. DR. DEMPSEY ALSO CAUSED PLAINTIFF TO SUFFER IN CRUEL AND UNUSUAL MEDICAL CONDITIONS BECAUSE MR. EAGAN DIDN'T "COMPLY WITH HIS WISHES". THIS IS NOT ONLY DELIBERATE INDIFFERENCE BUT IT'S ALSO

⑫

CRUEL AND UNUSUAL PUNISHMENT AND RETALIATION, AGAINST DR. DEMPSEY.

㊲ MR. EAGAN'S HEART WAS BEATING SO FAST AND HARD TO THE POINT WHERE HE THOUGHT IT WOULD BUST.

㊳ MR. EAGAN DROOLED FROM THE MOUTH THROUGHOUT THE WHOLE DURATION OF THIS ORDEAL UNCONTROLABLY.

㊴ PLAINTIFF'S BODY LOCKED-UP AND HE WAS INCAPACITATED BY A PAINFUL AND COMPLETE LOSS OF VOLUNTARY MUSCLE MOVEMENT AND HE URINATED ON HIMSELF AND HAD TO LAY IN IT FOR APPROXIMATELY FIFTEEN (15) HOURS.

㊵ AT THIS TIME HIS TONGUE STUCK STRAIGHT OUT OF HIS MOUTH. HIS TONGUE WAS SWOLLEN AND INCREASING THE ALREADY EXCRUCIATING

1:15-cv-01149-CSB  # 1   Filed: 04/10/15   Page 13 of 16

13

PAIN HE WAS IN.

(41) STAFF MEMBERS LITERALLY LAUGHED AT MR. EAGAN IN THIS STATE.

(42) MR. EAGAN WAS ON CELEXA AT THE TIME AND THE HALDOL WAS FORCED UPON HIM AND THIS COULD'VE BEEN A MAJOR REASON FOR SUCH ADVERSE EFFECTS IN WHICH THE PLAINTIFF (MR. EAGAN) WAS SUBJECTED TO.

(43) THIS IS A CLEAR AND THOROUGH VIOLATION TO THE 8TH AMENDMENT OF THE U.S. CONSTITUTION.

WHEREFORE PLAINTIFF STATES THE FOLLOWING CLAIMS:
(1) DELIBERATE INDIFFERENCE;
(2) CRUEL AND UNUSUAL PUNISHMENT;
(3) AND RETALIATION

## 14
## RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING:

(A) AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT:

(1) $100,000 JOINTLY AND SEVERALLY AGAINST EACH DEFENDANT FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF THE PLAINTIFF'S SERIOUS MEDICAL NEEDS.

(2) 50,000 JOINTLY AND SEVERALLY AGAINST EACH DEFENDANT FOR THE PHYSICAL AND EMOTIONAL INJURY RESULTING FROM THEIR FAILURE TO PROTECT AND PROVIDE MEDICAL CARE TO THE PLAINTIFF.

(3) 50,000 AGAINST DEFENDANT DEMPSEY FOR RETALIATION WHICH CAUSED THE PLAINTIFF PAIN AND SUFFERING.

(B) AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNT:

(1) 10,000 EACH AGAINST EVERY

DEFENDANT. (15)

(C) GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THE PLAINTIFF IS ENTITLED.

JURY DEMAND? (YES)

RESPECTFULLY SUBMITTED

SHAWN EAGAN # K59074
P.O. BOX 99
PONTIAC. IL. 61764

DATE 4-9-15

STATE OF ILLINOIS )
) ss
COUNTY OF Livingston )

## AFFIDAVIT

I, SHAWN EAGAN, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

I TRIED TO WRITE THE TRUST FUND OFFICER HERE IN PONTIAC C.C FOR A 6-MONTH LEDGER BUT THEY WROTE ME BACK AND SAID I WOULD NOT RECIEVE ONE WITHOUT A COURT ORDER. F.O.A

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9 day of APRIL, 2015.

SHAWN EAGAN
Affiant