Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Shawn Eagan )
)
)

Plaintiff

vs. ) Case Number: 15-1149
)
Dempsey, Amy Moorhouse, James Berry, Travis Sullivan, Dillow Law and Randy Pfister )
)
)

Defendant

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** judgment is entered in favor of Defendants and against the Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that Randy Pfister was dismissed on 7/17/2015 by way of Merit Review Opinion.

**Dated: 10/16/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court