039906/01245/PEH/DRB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

SHAWN EAGAN,

        Plaintiff,

v.

DR. DEMPSEY, AMY MOORHOUSE,
JAMES BERRY, TRAVIS SULLIVAN and
DILLON LAW,

        Defendants.

Case Number 15-cv-1149

Judge Colin Sterling Bruce

## STATUS UPDATE

NOW COMES the Defendant, DR. MICHAEL DEMPSEY, by and through his attorney, Brent J. Colbert of CASSIDAY SCHADE LLP, and for his Status Update, states as follows:

1.    The above matter has been resolved.

2.    A Stipulation for Dismissal will be filed imminently.

3.    Defendant requests that the hearing set for June 18, 2021, be vacated.

4.    Defendant's counsel has consulted with Plaintiff's counsel who represented Plaintiff on appeal and who has been representing Plaintiff during discussions to resolve this matter, and Plaintiff's counsel is in agreement with this status.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Brent J. Colbert
     One of the Attorneys for Defendant, DR.
     MICHAEL DEMPSEY

Brent J. Colbert
ARDC No. 6312563
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
bcolbert@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I electronically filed the foregoing Status Update with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

John Michael Dodd
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61820
jdodd@atg.state.il.us


Andrew P. LeGrand
Gibson Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas TX 75201
ALeGrand@gibsondunn.com

/s/ Brent J. Colbert

9873007 BCOLBERT;MCOVEY