039906/01245

## UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| SHAWN EAGAN, <br><br> Plaintiff, <br><br> v. <br><br> DR. DEMPSEY, AMY MOORHOUSE, JAMES BERRY, TRAVIS SULLIVAN and DILLON LAW, <br><br> Defendants. | Case Number 15-cv-1149 <br><br> Judge Colin Stirling Bruce |

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, SHAWN EAGAN, pro se, and the Defendant, MICHAEL DEMPSEY, by and through his attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby stipulate to the dismissal of this case with prejudice, each party to bear their own costs.

SHAWN EAGAN, PRO SE

By: /s/ Shawn Eagan (with consent)
Plaintiff, Shawn Eagan

CASSIDAY SCHADE, LLP

By: /s/ Joseph N. Rupcich
Joseph N. Rupcich, Attorney for
Defendant Dr. Michael Dempsey